**Mary Gray**

**From:** Mary Gray
**Sent:** Friday, December 09, 2011 9:23 AM
**To:** 'Sackett, Noemi'
**Cc:** 'Joelle McGhee'; Karen Revolt (ktrevolt@rhoadesmckee.com); Debra M. Remien; Doug Hughes; 'Jim Lemmen'
**Subject:** Depositions

Good Morning,

I have been advised by the MCSD Administration that Deputy Farkas is available for his deposition on December 27, at 9:30 a.m., however, Deputy Port (12/27/11 @ 10:30 a.m.) and Sgt. Wood (12/28/11 @ 9:30 a.m.) are not available.

Mary

Mary Gray, Assistant to
Theodore N. Williams, Jr.
WILLIAMS, HUGHES & COOK, PLLC
120 W. Apple Avenue, P. O. Box 599
Muskegon, MI 49443-0599
Phone: 231-726-4857
Fax: 231-727-2130



EXHIBIT 1